United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 20-11356-amc
Glenn Carlton Davis                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: jch               Page 1 of 1              Date Rcvd: Jul 20, 2020
                             Form ID: 175             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
db             +Glenn Carlton Davis,   5724 Vine Street,   2nd Floor Apartment,   Philadelphia, PA 19139-1235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
         IRWIN LEE TRAUSS   on behalf of Debtor Glenn Carlton Davis itrauss@philalegal.org,
          irwin@trauss.com
         JANE P. NYLUND   on behalf of Debtor Glenn Carlton Davis jnylund@philalegal.org
         REBECCA ANN SOLARZ   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
          Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
          Asset-Backed certificates, Series INABS 2005-A bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Glenn Carlton Davis

    Debtor(s)

Case No: 20–11356–amc

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first – final installment payment for a total amount of $310.00.

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court


    on: 8/5/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: July 20, 2020

Form 175