UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>    Glenn Carlton Davis <br><br><br>    Debtor | Chapter 13 <br> Bankruptcy No.20-11356-AMC |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of July, 2020, by first class mail upon those listed below:

Glenn Carlton Davis
5724 Vine Street
2nd Floor Apartment
Philadelphia, PA  19139

**Electronically via CM/ECF System Only:**

IRWIN LEE TRAUSS ESQ
PHILADELPHIA LEGAL ASSISTANCE
718 ARCH STREET   SUITE 300N
PHILADELPHIA, PA  19106

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee