# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Glenn Carlton Davis aka Glenn Davis aka Glenn C. Davis<br>                    Debtor | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Asset-Backed certificates, Series INABS 2005-A, its successors and/or assigns<br>                    Movant<br>          vs. | NO. 20-11356 AMC<br><br>11 U.S.C. Section 362 |
| Glenn Carlton Davis aka Glenn Davis aka Glenn C. Davis<br>                    Debtor | |
| Scott F. Waterman, Esquire<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Asset-Backed certificates, Series INABS 2005-A, which was filed with the Court on or about **May 19, 2020 (Document No. 26)**.

                                        Respectfully submitted,

                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

November 16, 2020